IN UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JONATHAN DIENER and RONNIE DIENER,

      Plaintiffs,

vs.                                                                                No. CIV 15-0566 JB/LAM

TRAPEZE ASSET MANAGEMENT, INC.,
MIKE VINOKUR, RANDALL ABRAMSON,
and HERB ABRAMSON,

      Defendants.

## ORDER

**THIS MATTER** comes before the Court on the Plaintiffs' Motion to Strike Reply Brief, or in the Alternative, for Permission to File Surreply, filed August 11, 2015 (Doc. 16)(the "Motion"). The Court held a hearing on November 30, 2015. The Court will grant the Motion in part and deny it in part. For the reasons stated on the record at the hearing, the Court will deny the request to strike the Defendants' Reply to Plaintiffs' Response to Motion to Dismiss for Lack of Personal Jurisdiction, filed August 7, 2015 (Doc. 14). Additionally, for the reasons stated on the record at the hearing, the Court will grant the request for permission to file a surreply if Plaintiffs Jonathan Diener and Ronnie Diener, after the hearing, still find it helpful to file one.

**IT IS ORDERED** that the Defendants' Motion to Strike Reply Brief, or in the Alternative, for Permission to File Surreply, filed August 11, 2015 (Doc. 16)(the "Motion"), is granted in part and denied in part. The Court will not strike the Defendants' Reply to Plaintiffs' Response to Motion to Dismiss for Lack of Personal Jurisdiction, filed August 7, 2015 (Doc. 14), but the Plaintiffs may file a surreply if, after the hearing, they still need or want to file one.

- 2 -

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE

*Counsel:*

Jonathan Diener
Mule Creek, New Mexico

        *Plaintiff pro se and Attorney for Plaintiff Ronnie Diener*

Emily A. Franke
Stephanie Latimer
Rodney L. Schlagel
Butt Thornton & Baehr
Albuquerque, New Mexico

        *Attorneys for the Defendants*