IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JONATHAN DIENER and RONNIE DIENER,

      Plaintiffs,

vs.                                                          No. CIV 15-0566 JB/LM

TRAPEZE ASSET MANAGEMENT, INC.,
MIKE VINOKUR, RANDALL ABRAMSON,
and HERB ABRAMSON,

      Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Memorandum Opinion and Order, filed November 30, 2015 (Doc. 27)("MOO"). In the MOO, the Court concluded that it lacks personal jurisdiction over the Defendants. See MOO at 33. It therefore granted the Defendants' Motion to Dismiss for Lack of Personal Jurisdiction, filed July 8, 2015 (Doc. 5). See MOO at 33. Accordingly, the Court enters final judgment.

**IT IS ORDERED** that final judgment is entered, and this action is dismissed without prejudice.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE

*Counsel:*

Jonathan Diener
Mule Creek, New Mexico

    *Plaintiff pro se and Attorney for Plaintiff Ronnie Diener*

- 2 -

Emily A. Franke
Stephanie Latimer
Rodney L. Schlagel
Butt Thornton & Baehr
Albuquerque, New Mexico

   *Attorneys for the Defendants*